JS-6

KILPATRICK TOWNSEND & STOCKTON LLP
ANTHONY J. MALUTTA (State Bar No. 193587)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
MARIE C. SEIBEL (State Bar No. 221014)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:    amalutta@kilpatricktownsend.com
          mboroumand@kilpatricktownsend.com
          mseibel@kilpatricktownsend.com

Attorneys for Plaintiff and Counter-defendant
ROSS STORES, INC.

FILED
CLERK U.S. DISTRICT COURT
JAN 2 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ROSS STORES, INC., a Delaware corporation, | Case No. CV-10-3601 VBF (RCx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |
| v. | |
| BABA TRADING, INC., a California corporation, aka BEE-BEE DISCOUNT, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

The Stipulated Dismissal With Prejudice of Plaintiff and Counter-defendant Ross Stores, Inc. and Defendant and Counterclaimant Baba Trading, Inc., pursuant to Federal Rules of Civil Procedure 41(a), having come before this Court, IT IS HEREBY ORDERED that:

(a) this action and all the parties' claims are dismissed with prejudice, and

(b) the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. All future dates are taken off calendar and this case is CLOSED.

DATED: 1-25-11                              _____
                                            Judge Valerie Baker Fairbank

63050250 v1

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE                - 1 -
CASE NO. CV-10-3601 VBF (RCX)